**Andy Elliott, appellee, v. Otto Rush, appellant.**
Action for balance claimed due on the purchase price of a farm. Judgment for plaintiff. Appeal from the Circuit Court of Williamson county; the Hon. D. T. Hartwell, Judge, presiding. Heard in

this court at the March term, 1921. Affirmed. Opinion filed November 10, 1921.

E. M. Spiller and George B. White, for appellant. R. T. Cook and J. L. Gallimore, for appellee.

Mr. Presiding Justice Higbee delivered the opinion of the court.